FILED
March 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Timoteo Tautala and Lucy Ann Tautala | Case No : | 10-22615 - B - 7 |
| | | Date : | 3/16/10 |
| | | Time : | 09:31 |
| Matter : | [9] - Motion/Application for Relief from Stay [WGM-1] Filed by Creditor PHH Mortgage Corporation (Fee Paid $150) (lars) | | |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

APPEARANCES for :
Movant(s) :
(by phone)    Creditor's Attorney - Keri Livingston
Respondent(s) :

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtors pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 12646 West Willow, El Mirage, AZ 85335 ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The 10-day period specified in Fed. R. Bankr. P. 4001(a)(3) is ordered waived. Except as so ordered, the motion is denied.

Dated: March 19, 2010

Thomas C. Holman
United States Bankruptcy Judge